UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DARRELL LENARD BATES

VERSUS                                    CIVIL ACTION

SID GAUTREAUX, ET AL                      NUMBER 09-1037-JVP-SCR

ORDER

Pro se plaintiff, an inmate confined at East Baton Rouge Parish Prison, Scotlandville, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against East Baton Rouge Parish Sheriff Sid Gautreaux, deputy Kailum Alexander, unidentified deputies and an unidentified Deputy United States Marshal. Plaintiff alleged that he was arrested without probable cause and was subjected to false imprisonment in violation of his constitutional rights. Plaintiff filed a motion to proceed in forma pauperis.

In *Darrell Lenard Bates v. Unites States Marshal Service*, CV 95-5241 (S.D. Tex.), the United States Court of Appeals for the Fifth Circuit imposed a sanction on Bates barring him from filing any pro se, in forma pauperis (IFP), civil appeal in the Fifth Circuit, or any pro se, IFP, initial civil pleading in any court which is subject to the Fifth Circuit's jurisdiction, without advance written permission of a judge of the forum court. Clerks of all federal district courts in the Fifth Circuit were directed

Operations

to return to Bates, unfiled, any attempted submission inconsistent with the court's order.

Plaintiff did not obtain advance written permission from a judge of this court before filing his pro se § 1983 complaint. Therefore;

IT IS ORDERED that the plaintiff's complaint is stricken from the court's docket.

IT IS FURTHER ORDERED that the Clerk of Court is directed to accept no submissions from Darrell Lenard Bates inconsistent with the Fifth Circuit's sanction entered in *Darrell Lenard Bates v. Unites States Marshal Service*, CV 95-5241 (S.D. Tex.).

Baton Rouge, Louisiana, December 11th, 2009.

```
_____
JAMES J. BRADY
UNITED STATES DISTRICT JUDGE
```